IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS of EASTERN PENNSYLVANIA and DELAWARE BENEFIT PENSION FUND, et al., <br>           Plaintiffs, <br><br> v. <br><br> N. ABBONIZIO CONTRACTORS, INC., <br>           Defendant. | CIVIL ACTION <br><br> No. 15-599 |

## ORDER

This 18th day of November, 2015, it is hereby **ORDERED** that Plaintiffs' Motion for Entry of Default Judgment is **GRANTED** and Judgment is entered in favor of Plaintiffs and against Defendant for the following obligations and amounts:

$4,735.28 in unpaid contributions;

$1,310.31 in interest;[1]

$473.53 in liquidated damages;

$2,922.50 in attorneys' fees and costs; and

$10,078.09 in interest penalties for late payments.

It is further **ORDERED** that Defendant shall comply with its obligations according to the Collective Bargaining Agreement and Trust Agreements by providing Plaintiffs access to its

---

[1] Post-judgment interest will continue to run at a rate of ten percent from the date of the judgment until paid, together with any additional reasonable attorneys' fees and costs necessarily incurred to achieve satisfaction of the judgment.

office and business records since January 1, 2012 in order to conduct an audit, and Defendant shall promptly remit any additional amounts found to be owing.

                                                **/s/ Gerald Austin McHugh**
                                              **United States District Court Judge**